**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CMFG LIFE INSURANCE COMPANY,**

       **Plaintiff,**

**v.**                                                                        **Case No:  6:12-cv-1444-Orl-31TBS**

**DOUGLAS KOHLER, THE ESTATE OF**
**MARGARET M. KOHLER and DOES 1-**
**10,**

       **Defendants.**

_____

**ORDER**

THIS CAUSE having come before this Court upon the Agreed Motion for Interpleader

Order (Doc. 18) filed by the Plaintiff, CMFG Life Insurance Company, and the Joint Stipulation

of the Defendants, Douglas Kohler and the Estate of Margaret M. Kohler, and the Court, having

reviewed the Motion, the Defendants' Joint Stipulation, being advised of the parties' agreement to

the requested relief and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that:

1. The Motion is hereby **GRANTED IN PART AND DENIED IN PART**, as set forth

below.

2. Within 14 days of this Order, CMFG shall pay forty thousand dollars and no cents

($40,000.00) of the insurance proceeds to Douglas Kohler.

3. Within 14 days of this Order, CMFG shall pay the remaining amount of insurance

proceeds divided equally between Michael Markow and Katherine Kohler, which remaining

amount consists of one hundred ten thousand dollars and no cents ($110,000.00) plus interest, less

the five thousand one hundred eighty-nine dollars and 74/100 cents ($5,189.74) in attorney's fees and costs CMFG has incurred to date in this action.

4. The Estate of Margaret M. Kohler shall take nothing from the insurance proceeds.

5. The parties shall cooperate with CMFG to facilitate the terms of the Joint Stipulation.

6. Upon payment of the proceeds as provided for in Paragraphs 2 and 3, CMFG is hereby released and discharged from any and all liability related to the term life insurance policy with Policy No. NJ5890922 issued to Margaret M. Kohler (the "Policy") and any life insurance proceeds allegedly due under the Policy.

7. Except as otherwise stated in this order, each party shall bear its own attorney's fees and costs.

8. Based upon the settlement, the case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 17, 2012.

_____
**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party